```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                    AUG 1 6 2012

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-MJ-1909 |
| Plaintiff, ) | ORDER OF PRETRIAL DETENTION |
| ) | AFTER HEARING |
| v. ) | (18 U.S.C. § 3142(i)) |
| Ronald Lee Brito, ) | |
| Defendant. ) | |

I.

A.   ( )  Upon motion of the Government in a case that involves:

    1.   ( )  a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

    2.   ( )  an offense for which the maximum sentence is life imprisonment or death; or

    3.   ( )  an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

    4.   (  ) any felony if defendant has been convicted of
         two or more offenses described in
         subparagraphs 1-3 above, or two or more state
         or local offenses that would have been
         offenses described in subparagraphs 1-3 above
         if a circumstance giving rise to federal
         jurisdiction had existed, or a combination of
         such offenses.

    5.   (  ) any felony that is not otherwise a crime of
         violence that involves a minor victim, or
         possession or use of a firearm or destructive
         device or any other dangerous weapon, or a
         failure to register under 18 U.S.C. § 2250.

B.   Upon motion ( ✓) of by the Government (  ) of the Court sua
     sponte, in a case that involves:

    1.   ( ✓) a serious risk that defendant will flee;

    2.   (  ) a serious risk that defendant will

         a.   (  ) obstruct or attempt to obstruct justice;
              or

         b.   (  ) threaten, injure, or intimidate a
                   prospective witness or juror or attempt
                   to do so.

C.   The Government ( ) is ( ✓) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

II.

A. ( ✓ )     The Court finds by a preponderance of the evidence
             that no condition or combination of conditions
             will reasonably assure the appearance of defendant
             as required;

B. ( ✓ )     The Court finds by clear and convincing evidence
             that no condition or combination of conditions
             will reasonably assure the safety of any other
             person and the community.

III.

The Court has considered:

A. ( ✓ ) the nature and circumstances of the offense(s) charged;

B. ( ✓ ) the weight of the evidence against defendant;

C. ( ✓ ) the history and characteristics of defendant;

D. ( ✓ ) the nature and seriousness of the danger to any person
         or the community that would be posed by defendant's
         release;

E. ( ✓ ) the Pretrial Services Report/Recommendation;

F. ( ✓ ) the evidence proffered/presented at the hearing;

G. ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

IV.

The Court concludes:

A. ( ✓ ) Defendant poses a risk to the *economic* safety of other persons and the community based on: _instant offense_ _allegation_ _____ _____

B. ( ✓ ) Defendant poses a serious flight risk based on: _____ _inconsistent information re: assets suggesting lack of candor_ _coupled with instant $10 million fraud allegation, suggesting_ _significant hidden assets may be available to facilitate flight,_ _foreign travel, living this outside district_

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

based on: _____

_____

_____

_____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

4

1       (  ) Defendant has not rebutted by sufficient evidence to

2           the contrary the presumption provided in 18 U.S.C.

3           § 3142(e) that no condition or combination of

4           conditions will reasonably assure the appearance of

5           defendant as required.

6    IT IS ORDERED that defendant be detained prior to trial.

7    IT IS FURTHER ORDERED that defendant be committed to the custody

8  of the Attorney General for confinement to a corrections facility

9  separate, to the extent practicable, from persons awaiting or serving

10  sentences or persons held in custody pending appeal.

11    IT IS FURTHER ORDERED that defendant be afforded reasonable

12  opportunity for private consultation with defendant's counsel.

13    IT IS FURTHER ORDERED that, on Order of a Court of the United

14  States or on request of an attorney for the Government, the person in

15  charge of the corrections facility in which defendant is confined

16  deliver defendant to a United States Marshal for the purpose of an

17  appearance in connection with a court proceeding.

18    DATED:    8/16/12

19

20

21                         HONORABLE JACQUELINE CHOOLJIAN
                            United States Magistrate Judge

22

23

24

25

26

27

28